May 31, 1979.

M. P. No. 79-176. THE COALITION FOR CONSUMER JUSTICE *v.* EDWARD F. BURKE *et al.* The petition for writ of certiorari and motion for stay, as amended, are denied. *Alden Harrington, Carl I. Freedman, Harry Weiss, Rhode Island Legal Services, Inc.*, for petitioner. *Dennis J. Roberts II*, Attorney General, *John R. McDermott*, Assistant Attorney General, *Coffey, McGovern, Noel & Novogroski, W. Kenneth O'Donnell* (for Bristol & Warren Gas Company), for respondents.